■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LEE HEARD, Appellant. — Judgment of the County Court, Nassau County, rendered April 23, 1965, affirmed. Under the circumstances of this case, since the Judge who took the plea of guilty had conducted a prior *Huntley* hearing, in which defendant's culpability was an issue considered, no further inquiry into defendant's guilt was necessary. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.